# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

              **Petitioner,**

Case No.  6:06-mc-0102-Orl-31KRS

**-vs-**

**KENNING. J. REINLIE, CUSTODIAN OF RECORDS OF MANAGEMENT PARTNERS LLC,**

              **Respondent**

_____/

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **JOINT STIPULATION (Doc. No. 9)**
>
> **FILED:**    **November 22, 2006**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

It is **ORDERED** that, on or before December 10, 2006, Respondent Kenning J. Reinlie, as custodian of records of Management Partners, LLC, shall appear to provide testimony and produce all records in his possession that were requested by the Internal Revenue Service in the summons issued on April 14, 2006, specifically with respect to years ending December 31, 2001, December 31, 2002 and December 31, 2003.  The parties shall confer to arrive at a mutually convenient place and time for production of the records and for Reinlie to testify.

It is further **ORDERED** that the hearing on this matter scheduled for November 30, 2006, at 1:30 p.m. is **CANCELED**.

**DONE** and **ORDERED** in Orlando, Florida on November 24, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties